JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ROBERT ANCHELOWITZ, | Case No. CV 25-1946 PA (MBKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| INLAND PSYCHIATRIC MEDICAL GROUP, INC., et al., | |
| Defendants. | |

In accordance with the Request for Dismissal filed by plaintiff (Docket No. 12) and the Court's August 13, 2025 Minute Order construing that Request for Dismissal as a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: August 13, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE